No. 99–9592.  GONZALEZ v. WEST, SECRETARY OF VETERANS AFFAIRS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–9601.  VEGA v. ADULT PROBATION DEPARTMENT OF COOK COUNTY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–9604.  MCKEE v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 99–9608.  BOLTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–9622.  MARTINEZ v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 99–9631.  BARBER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 99–9632.  CICCHINELLI v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 99–9650.  SALLEY v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–9651.  PHILLIPS v. BUSH, GOVERNOR OF FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 99–9659.  ANDREWS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–9667.  ACKLIN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 99–9675.  PARSONS v. RYDER, SUPERINTENDENT, TOMOKA CORRECTIONAL INSTITUTION AND WORK CAMP.  C. A. 11th Cir.  Certiorari denied.

No. 99–9682.  PALMER v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–9687.  BROCKMAN v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.